**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

November 10, 2014

**LETTER ORDER**

Re:   *Costantin v. Pienkos-Zalewski et al.*
       Civil Action No. 14-4963 (ES) (JAD)

Dear Counsel:

Pending before this Court is Plaintiff Jack A. Costantin's Motion to Remand this matter to the Superior Court of New Jersey, Middlesex County. (D.E. No. 3). On October 2, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation ("R&R") recommending that this Court grant Plaintiff's Motion to Remand, but deny Plaintiff's request for sanctions and attorneys' fees. (D.E. No. 5).

Pursuant to Local Civil Rule 72.1(c)(2), parties have fourteen days to file and serve any objections to the R&R. To date, the parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 10th day of November 2014,

ORDERED that this Court adopts Magistrate Judge Dickson's October 2, 2014 R&R in full, and thus grants Plaintiff's Motion to Remand and denies Plaintiff's request for sanctions and attorneys' fees; and it is further

ORDERED that this matter be remanded back to the Superior Court of New Jersey, Middlesex County; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 3 and 5; and it is further

ORDERED that the Clerk of Court close this case.

**SO ORDERED.**

*/s/Esther Salas*
**Esther Salas, U.S.D.J**